

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2014

No. 04-14-00065-CR

Kendrick **RANDLE**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-13-0703
Honorable Brenda Chapman, Judge Presiding

## O R D E R

The notification of late record filed by Stacey Sharron is hereby GRANTED IN PART. Time is extended to June 9, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court